Celia ANTONOWSKY, respondent, v. Nathan NANES, appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Application denied, with $10 costs.

The AUGUSTINIAN COLLEGE OF VILLANOVA, etc., respondent, v. The IDAHO–MARYLAND DEVELOPMENT COMPANY et al., defendants; John M. Reiner, appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Motion to dismiss appeal granted, without costs.

A. W. DUCKETT & CO., Respt., v. N. Leslie CARPENTER et al., Applts. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order affirmed, without costs. No opinion. Order filed.

Richard BACHIA and another, respondents, v. C. Milton ROGERS, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment reversed and new trial granted, costs to abide the event, on the sole ground that there is no finding that the statutory bond required to maintain the action was ever filed or served. If it may be established by documentary evidence that the bond in question was filed and served, it may be availed of for the purpose of affirming the judgment on an application for a reargument. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

BACHNER–HALL COMPANY, Inc., respt. v. ÆTNA INSURANCE COMPANY, applt. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Order modified, so as to strike from the complaint the sixth paragraph thereof after the words "that immediately after the occurrence of said fire the plaintiff gave due notice thereof to defendant"; the seventh paragraph beginning with and following the words "that when the said notice and account was so delivered to the defendant"; the ninth paragraph, except that part thereof beginning with the words "the defendant through duly authorized attorneys" and ending with the words "in behalf of defendant and other insurance companies taking part therein"; the eleventh and thirteenth paragraphs; and the sixteenth paragraph, except the last clause thereof; and said order further modified by striking therefrom the provision as to costs and by providing that the complaint may be amended if in the opinion of the plaintiff such amendment becomes necessary by reason of this modification, and as so modified said order affirmed, without costs. All concur.

Anthony BAGAROZY v. Albert PESCE et al. (Supreme Court, Appellate Division. First Department. March 24, 1916.) Application denied, with $10 costs. Order signed.

Frederick W. BAHRENBURG, Applt., v. Felice J. BAHRENBURG, Respt. (Supreme Court, Appellate Division, First Department.

February 4, 1916.) Judgment (88 Misc. Rep. 272, 150 N. Y. Supp. 589) affirmed, with costs. No opinion. Order filed.

Theodore BAKER et al., appellants, v. Emma H. GRIFFITH and Charles E. Griffith, respondents. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Order affirmed, with $10 costs and disbursements. No opinion.

Maurice BAMBERGER, as trustee, Applt.-Respt., v. Jacob CANTOR and ano., Respts.-Applts. Impld. with Edwin Wolf et al., Applts.-Respts. (Supreme Court, Appellate Division, First Department. March 17, 1916.) Judgment affirmed without costs. No opinion. Order filed.

Samuel G. BANNAR, respondent, v. James S. FRAZER, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Ohio C. BARBER, Applt., v. Lewis R. SPEARE, Respt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Edward P. BARRETT, Respondent, v. HUDSON TRUST COMPANY, Appellant, John V. Schaefer, Jr., & Co., et al., respondents and defendants. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

George BARRIE et al., Applts., v. J. Macy WILLETS, Respt. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Ann BASSETT, as administratrix de bonis non of the goods, chattels, and credits of Bridget Bassett, deceased, applt., v. Elizabeth McGUIRE, respt. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Judgment and order unanimously affirmed, with costs.

Arthur R. BASTINE, Respt., v. Webster B. MABIE, Applt. (Supreme Court, Appellate Division, First Department. February 18, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Robert A. BEATTY v. Gustav L. ROSENBERG. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Application granted. Order signed.